IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **THOMAS RICHIE DOLLAR, JR.,** | : | |
| **Plaintiff,** | : : : | No. 4:24-cv-00016-CDL-MSH |
| v. | : : | |
| **SOUTHERN HEALTH PARTNERS,** *et al.*, | : : : | |
| **Defendants.** | : : : | |

## ORDER

*Pro se* Plaintiff Thomas Richie Dollar, Jr., an inmate at the Harris County Jail in Hamilton, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* without the statutory supporting documentation. ECF No. 5. On February 14, 2024, Plaintiff was ordered to either submit a certified copy of his inmate trust account statement for the preceding six months in support of his motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 6. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of this action. *Id*. Plaintiff failed to comply with the Court's order.

Therefore, on March 7, 2024, the Court notified Plaintiff that it had not received the filing fee or a certified account statement as ordered. ECF No. 8. The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's previous order. *Id*. The Court unambiguously informed Plaintiff that this

action would be dismissed if he failed to comply with this Court's orders. *Id*. Plaintiff was given fourteen (14) days to respond. *Id*. Plaintiff once again did not respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, this complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this **28th** day of **March, 2024**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA